UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

UNITED STATES OF AMERICA,           )
                                    )
            Plaintiff,              )
                                    )
v.                                  )           No. 3:25-CR-119-KAC-DCP
                                    )
JASON ESTES,                        )
                                    )
            Defendant.              )

**MEMORANDUM AND ORDER**

All pretrial motions in this case have been referred to the undersigned pursuant to 28 U.S.C. § 636(b) for disposition or recommendation as appropriate. This case is before the Court on Defendant Jason Estes's Motion to Continue Trial and Enlarge Relevant Deadlines [Doc. 19], which was filed on June 17, 2026.

Defendant asks the Court to continue the July 28, 2026 trial date, and all related deadlines [*Id.* at 1]. In support of his motion, Defendant states that discovery in this matter consists of multiple terabytes of data that includes thousands of pages of detailed, financial information. [*Id.* ¶ 1]. Defendant's counsel has engaged an electronic discovery service, but the process in working with the service has taken longer than expected and necessitates additional time to review discovery [*Id.*]. Defendant is aware of his right to a speedy trial and does not oppose a continuance of his trial date and the relevant deadlines in this case [*Id.* ¶ 2]. The Government does not object to the requested relief [*Id.* ¶ 4].

Based upon the information in Defendant's motion and because the Government does not oppose the continuance, the Court finds the ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. *See* 18 U.S.C.

§ 3161(h)(7)(A). In making this determination, the Court has considered the factors set forth in 18 U.S.C. § 3161(h)(7)(B). Specifically, the Court concludes that failing to grant a continuance would both result in a miscarriage of justice and deny counsel for Defendant the reasonable time necessary for effective preparation, even accounting for the exercise of due diligence. *See id.* § 3161(h)(7)(B)(i), (iv). Defendant needs more time to review discovery, and otherwise prepare for trial. The Court finds that all of this cannot occur before the July 28, 2026 trial date.

The Court therefore **GRANTS** Defendant Jason Estes's Motion to Continue Trial and Enlarge Relevant Deadlines [**Doc. 19**]. The trial of this case is reset to **December 8, 2026.** A new schedule is included below. Because the Court finds that the ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial, all time between the filing of the motions on June 17, 2026, and the new trial date is fully excludable time under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(1)(D), (h)(1)(H), (h)(7)(A)–(B).

Accordingly, the Court **ORDERS** as follows:

(1) Defendant Jason Estes's Motion to Continue Trial and Enlarge Relevant Deadlines [**Doc. 19**] is **GRANTED**;

(2) the trial of this matter is reset to commence on **December 8, 2026, at 9:00 a.m.**, before the Honorable Katherine A. Crytzer, United States District Judge;

(3) all time between the filing of the motions on **June 17, 2026**, and the new trial date of **December 8, 2026**, is fully excludable time under the Speedy Trial Act for the reasons set forth herein;

(4) the deadline for filing a plea agreement in the record and providing reciprocal discovery is **November 6, 2026**;

(5) the deadline for filing motions *in limine* is **November 23, 2026**, and responses to motions *in limine* are due on or before **December 1, 2026**;

(6) the parties are to appear before the undersigned for a final pretrial conference on **November 19, 2026, at 11:30 a.m.**; and

(7) requests for special jury instructions with appropriate citations to authority pursuant to Local Rule 7.4 shall be filed on or before **November 30, 2026.**

**IT IS SO ORDERED.**

ENTER:

Debra C. Poplin
United States Magistrate Judge

3